United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

LIETY CODORNIU-MORENO,            §
    *Petitioner,*            §
                        §
v.            §            Civil No. 5:26-cv-00715
                        §
MIGUEL VERGARA,            §
MARKWAYNE MULLIN,            §
US DEPARTMENT OF HOMELAND            §
SECURITY,            §
TODD BLANCHE,            §
EXECUTIVE OFFICE FOR            §
IMMIGRATION AND REVIEW,            §
and WARDEN OF LAREDO            §
PROCESSING CENTER,            §
    *Respondents.*            §

## **ORDER**

Before the Court is Respondents' Advisory Relating to the Court's Order in Docket Entry No. 4. Dkt. No. 7. Respondents advised that Petitioner was to be removed to Ecuador on or around May 25, 2026. *Id.* at 1. The Court appreciates Respondents' proper compliance with the Court's Order. However, this action remains pending because neither party has taken further action. Accordingly, the parties are **ORDERED** to file a joint advisory by **July 24, 2026**, notifying the Court (1) whether they have effectuated Petitioner's removal and (2) whether they are seeking dismissal of this case pursuant to Federal Rule of Civil Procedure 41 (allowing dismissal by agreement of the parties, Fed.

R. Civ. P. 41(a)(1), or at the plaintiff's request on terms that the court considers proper,

Fed. R. Civ. P. 41(a)(2)).

IT IS SO ORDERED

Signed this June 26, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge