United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| LIETY CODORNIU MORENO, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION No. L-26-715 |
| | § | |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Before the Court is Petitioner Liety Codorniu Moreno's Petition for Writ of Habeas Corpus. D.E. 1. Petitioner is a native and citizen of Cuba. At the time the lawsuit was filed, Petitioner was detained at the Laredo Processing Center in Laredo, Texas. The habeas petition requests an order for Petitioner's immediate release from custody or requiring an individualized bond hearing.

On July 24, 2026, the parties entered a joint advisory stating that the Department of Homeland Security had removed Petitioner from the United States. D.E. 9. Public records confirm that Petitioner is no longer in custody. *See* United States Immigration and Customs Enforcement, Online Detainee Locator System, available at https://locator.ice.gov (last visited Aug. 13, 2026). No live issues remain for adjudication, and the petition is now moot. The Court, therefore, **DENIES** all pending motions and **DISMISSES** this action **WITHOUT PREJUDICE** as **MOOT**.

**ORDERED** this 17th day of August, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE